| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Dean G. Sutton, Esq.<br>18 Green Road<br>Post Office Box 187<br>Sparta, New Jersey 07871<br>(973) 729-8121<br>dean@deansuttonlaw.com<br>Attorney for the Debtor |
|---|

| In Re:<br><br>Jacqueline Sanchez | Case No.: 23-15875<br><br>Chapter: 13<br><br>Adv. Pro. No.<br><br>Hearing Date: September 28, 2023<br><br>Judge: JKS |
|---|---|

## CERTIFICATION OF SERVICE

1.   I, Suzanne L. Towler:

   ☐ represent the _____ in the above captioned matter.

   ☑ am the secretary/paralegal for Dean G. Sutton, Esq., who represents the debtor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2.   On August 2, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

A copy of the required Notice of Chapter 13 Plan Transmittal along with the filed Chapter 13 Plan, Schedule A and proof of value.

3.   I hereby certify under penalty of perjury that the above documents were sent using the mode of services indicated.

Dated: 08/02/2023                                    /s/Suzanne L. Towler
                                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Capital One, NA<br>Lyons, Doughty & Veldhuis, PC<br>136 Gaither Drive, SUite 100<br>Mount Laurel NJ 08054<br>Attn: Agent Authorized to Accept Service of Process<br><br>Capital One, NA<br>1680 Capital One Drive,<br>McLean, VA 22102-3491<br>Attn: Agent Authorized to Accept Service of Process<br><br>NJ Ambulatory Asesthesia Assoc.<br>David B. Watner, Esq.<br>1129 Bloomfield Avenue, Suite 208<br>Caldwell NJ 07006-0000<br>Attn: Agent Authorized to Accept Service of Process<br><br>NJ Ambulatory Asesthesia Assoc.<br>111 Madison Ave.<br>Morristown, NJ, 07960-6097<br>Attn: Agent Authorized to Accept Service of Process<br><br>NJ Ambulatory Asesthesia Assoc.<br>David B. Watner, Esq.<br>1129 Bloomfield Avenue, Suite 208<br>Caldwell NJ 07006-0000<br>Attn: Agent Authorized to Accept Service of Process<br><br>NJ Ambulatory Asesthesia Assoc.<br>111 Madison Ave.<br>Morristown, NJ, 07960-6097<br>Attn: Agent Authorized to Accept Service of Process | Creditors<br>And Counsel | ❑ Hand-delivered<br>■ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other<br><br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

rev.8/1/15