Certificate Number: 15317-NJ-DE-037666927

Bankruptcy Case Number: 23-15875



15317-NJ-DE-037666927

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 10, 2023</u>, at <u>1:21</u> o'clock <u>PM PDT</u>, <u>Jacqueline Sanchez</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.,</u> a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date: <u>August 10, 2023</u>         By:   <u>/s/Jezlygh Dela Cruz</u>

Name: <u>Jezlygh Dela Cruz</u>

Title: <u>Credit Counselor</u>