UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
dean@deansuttonlaw.com
Attorney for Debtor(s)

In Re:

Jacqueline Sanchez

Case No.: 23-15875

Chapter: 13

Judge: JKS

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a previously listed creditor must use the court's local form, *Amendment to Schedule D, E, F, G, H or List of Creditors*.

Party's name/type:  Oklahoma Student Loan Authority
(Example: John Smith, creditor)

Old address:  Attn: Bankruptcy
PO Box 18475
Oklahoma City, OK 73154-0475

New address:  525 Central Park Drive, Suite 600
Oklahoma City, OK 73105

New phone no.: _____ (if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 08/23/2023

/s/Suzanne L. Towler
Signature

*rev.8/1/15*