Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−15875−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jacqueline Sanchez
   22 Donald Avenue
   Newton, NJ 07860

Social Security No.:
   xxx−xx−1966

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 29, 2023.

Dated: September 29, 2023
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                              Case No. 23-15875-JKS
Jacqueline Sanchez                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin                     Page 1 of 2
Date Rcvd: Sep 29, 2023         Form ID: plncf13                Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacqueline Sanchez, 22 Donald Avenue, Newton, NJ 07860-2302 |
| 519967634 | + | Capital One, NA, Lyons, Doughty & Veldhuis, PC, 136 Gaither Drive, SUite 100, Mount Laurel, NJ 08054-2239 |
| 519967637 | + | Dr. Dario J. Cunico, DDS, 75 Fleetwood Drive, #210, Rockaway, NJ 07866-2265 |
| 519967639 | + | Miguel Sanchez, 22 Donald Avenue, Newton, NJ 07860-2302 |
| 519967640 | + | NJ Ambulatory Asesthesia Assoc., David B. Watner, Esq., 1129 Bloomfield Avenue, Suite 208, Caldwell, NJ 07006-7123 |
| 519976446 | + | OVERLOOK HOSPITAL, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 29 2023 22:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 29 2023 22:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519967632 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 22:19:25 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519967636 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2023 21:54:38 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 519967638 | + | Email/Text: cashiering-administrationservices@flagstar.com | Sep 29 2023 22:57:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520018013 | + | Email/Text: cashiering-administrationservices@flagstar.com | Sep 29 2023 22:57:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519967635 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 29 2023 21:43:33 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519989269 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 29 2023 22:55:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519978468 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2023 21:54:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519967642 | | Email/Text: bankruptcydocs@osla.org | Sep 29 2023 22:55:00 | Oklahoma Student Loan Authority, 525 Central Park Dr, Ste 600, Oklahoma City OK 73105 |
| 520026200 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2023 21:54:38 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 520026156 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2023 21:55:00 | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |

TOTAL: 12

Case 23-15875-JKS    Doc 21    Filed 10/01/23    Entered 10/02/23 00:16:21    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 29, 2023 | Form ID: plncf13 | Total Noticed: 18 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519967633 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519967641 | *+ | NJ Ambulatory Asesthesia Assoc., David B. Watner, Esq., 1129 Bloomfield Avenue, Suite 208, Caldwell, NJ 07006-7123 |
| 519967643 | *P++ | OSLA STUDENT LOAN SERVICING, ATTN EMILY WRIGHT, 525 CENTRAL PARK DRIVE, SUITE 600, OKC OK 73105-1706, address filed with court:, Oklahoma Student Loan Authority, 525 Central Park Drive, ste 600, Oklahoma City, OK 73105 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dean G. Sutton | on behalf of Debtor Jacqueline Sanchez dean@deansuttonlaw.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4