DEAN G. SUTTON, ESQ.
18 GREEN RD
PO BOX 187
SPARTA, NJ  07871

Re:  JACQUELINE SANCHEZ
22 DONALD AVENUE
NEWTON, NJ  07860

Atty:  DEAN G. SUTTON, ESQ.
18 GREEN RD
PO BOX 187
SPARTA, NJ  07871

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
Chapter 13 Case # 23-15875

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $13,412.00**

### RECEIPTS AS OF 01/01/2024   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/22/2023 | $181.00 | | 09/22/2023 | $181.00 | |
| 10/23/2023 | $225.00 | | 11/22/2023 | $225.00 | |
| 12/22/2023 | $225.00 | | | | |

**Total Receipts: $1,037.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $1,037.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024   (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 77.52 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,150.00 | 100.00% | 959.48 | 2,190.52 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | CAPITAL ONE, NA | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | JPMORGAN CHASE BANK NA | UNSECURED | 11,013.88 | * | 0.00 | |
| 0004 | CITI CARD/BEST BUY | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | DR. DARIO J. CUNICO, DDS | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | FLAGSTAR BANK | (NEW) Prepetition  | 2,387.13 | 100.00% | 0.00 | |
| 0008 | NJ AMBULATORY ASESTHESIA ASSOC. | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | OKLAHOMA STUDENT LOAN AUTHORITY | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 732.03 | * | 0.00 | |
| 0013 | NJ AMBULATORY ASESTHESIA ASSOC. | UNSECURED | 2,738.87 | * | 0.00 | |
| 0014 | OKLAHOMA STUDENT LOAN AUTHORITY | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | OVERLOOK HOSPITAL | UNSECURED | 175.00 | * | 0.00 | |
| 0016 | LVNV FUNDING LLC | UNSECURED | 388.22 | * | 0.00 | |
| 0017 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 573.06 | * | 0.00 | |

**Chapter 13 Case # 23-15875**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0018 | AIDVANTAGE | UNSECURED | 8,042.67 | * | 0.00 | |

**Total Paid:  $1,037.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $1,037.00       -     Paid to Claims: $0.00        -      Admin Costs Paid: $1,037.00    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.