**Dean G. Sutton, Esquire**
**Attorney At Law**
**Board Certified**
**Consumer Bankruptcy Law**
**American Board of Certification**
-------------
***All Correspondence Must Be
Mailed To Delaware Address
Or Emailed To***
dean@deansuttonlaw.com
**(973)729-8121**

*NEW JERSEY OFFICE*
**181 New Road, Suite 201
Parsippany, NJ 07054**

*\*DELAWARE MAILING
ADDRESS*
**57 Buxton Circle
Magnolia, DE  19962**

December 11, 2024

<u>Sent Via Email</u>

Honorable John K. Sherwood
United States Bankruptcy Court
King Federal Building
50 Walnut Street, 3rd Floor
Newark, N.J. 07102

Reference:    Jacqueline Sanchez
Case No. 23-15875-JKS
Motion to Withdraw as Attorney for the Debtor(s)
Hearing Date: December 12, 2024 @ 10:00 a.m.

Dear Judge Sherwood,

    Please be advised that in review of PACER I found that "no opposition" has been filed in regard to the above referenced motion.

    Therefore, I believe this matter can be "decided on the papers", and therefore Counsel for the Debtor will not be in attendance at this hearing.

    Thank you for your courtesies.

                                            Respectfully submitted,
                                            /s/Dean G. Sutton
                                             Dean G. Sutton

DGS/st
cc: Marie-Ann Greenberg, Trustee