UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Dean G. Sutton, Esq.
57 Buxton Circle
Magnolia, DE  19962
(973) 729-8121
dean@deansuttonlaw.com
Attorney for Debtor(s)

Order Filed on December 20, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Jacqueline Sanchez

Case No.:  23-15875-JKS

Chapter:  13

Hearing Date:  December 12, 2024

Judge:  JKS

ORDER RELIEVING DEBTOR'S COUNSEL

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: December 20, 2024

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:   Jacqueline Sanchez
Case No.  23-15875-JKS
Caption of Order:  Order Relieving Debtor's Counsel

This matter having been opened to the Court by Dean G. Sutton, Esq., and Dean G. Sutton having appeared and good cause having been shown;

IT IS ORDERED, that Dean G. Sutton, Esquire is relieved as counsel for the Debtor(s).