PRO SE
,

Re:  JACQUELINE SANCHEZ           Atty: PRO SE
     22 DONALD AVENUE                   ,
     NEWTON, NJ  07860

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
#### Chapter 13 Case # 23-15875

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $13,412.00**

### RECEIPTS AS OF 01/01/2025         (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/22/2023 | $181.00 | | 09/22/2023 | $181.00 | |
| 10/23/2023 | $225.00 | | 11/22/2023 | $225.00 | |
| 12/22/2023 | $225.00 | | 01/23/2024 | $225.00 | |
| 02/23/2024 | $225.00 | | 03/22/2024 | $225.00 | |
| 04/22/2024 | $225.00 | | 05/22/2024 | $225.00 | |
| 06/25/2024 | $225.00 | | 07/22/2024 | $225.00 | |
| 08/22/2024 | $225.00 | | 09/23/2024 | $225.00 | |
| 10/22/2024 | $225.00 | | 11/22/2024 | $225.00 | |
| 12/23/2024 | $225.00 | | | | |

**Total Receipts: $3,737.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $3,737.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025         (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| FLAGSTAR BANK | 12/16/2024 | $115.73 | 937,812 | | | |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 259.77 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,150.00 | 100.00% | 3,150.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | CAPITAL ONE, NA | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | JPMORGAN CHASE BANK NA | UNSECURED | 11,013.88 | * | 0.00 | |
| 0004 | CITI CARD/BEST BUY | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | DR. DARIO J. CUNICO, DDS | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | FLAGSTAR BANK | (NEW) Prepetition A | 2,387.13 | 100.00% | 327.23 | |

**Chapter 13 Case # 23-15875**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|:---:|---:|---|
| 0008 | NJ AMBULATORY ASESTHESIA ASSOC. | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | OKLAHOMA STUDENT LOAN AUTHORITY | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 732.03 | * | 0.00 | |
| 0013 | NJ AMBULATORY ASESTHESIA ASSOC. | UNSECURED | 2,738.87 | * | 0.00 | |
| 0014 | OKLAHOMA STUDENT LOAN AUTHORITY | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | OVERLOOK HOSPITAL | UNSECURED | 175.00 | * | 0.00 | |
| 0016 | LVNV FUNDING LLC | UNSECURED | 388.22 | * | 0.00 | |
| 0017 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 573.06 | * | 0.00 | |
| 0018 | AIDVANTAGE | UNSECURED | 8,042.67 | * | 0.00 | |

**Total Paid: $3,737.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 18, 2025.

Receipts: $3,737.00    -    Paid to Claims: $327.23    -    Admin Costs Paid: $3,409.77    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.