PRO SE
,

Re: JACQUELINE SANCHEZ
22 DONALD AVENUE
NEWTON, NJ 07860

Atty: PRO SE
,

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
**Chapter 13 Case # 23-15875**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $13,412.00**

## RECEIPTS AS OF 01/15/2026

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/22/2023 | $181.00 | | 09/22/2023 | $181.00 | |
| 10/23/2023 | $225.00 | | 11/22/2023 | $225.00 | |
| 12/22/2023 | $225.00 | | 01/23/2024 | $225.00 | |
| 02/23/2024 | $225.00 | | 03/22/2024 | $225.00 | |
| 04/22/2024 | $225.00 | | 05/22/2024 | $225.00 | |
| 06/25/2024 | $225.00 | | 07/22/2024 | $225.00 | |
| 08/22/2024 | $225.00 | | 09/23/2024 | $225.00 | |
| 10/22/2024 | $225.00 | | 11/22/2024 | $225.00 | |
| 12/23/2024 | $225.00 | | 01/23/2025 | $225.00 | |
| 02/25/2025 | $225.00 | | 03/24/2025 | $225.00 | |
| 04/22/2025 | $225.00 | | 05/22/2025 | $225.00 | |
| 06/24/2025 | $225.00 | | 07/22/2025 | $225.00 | |
| 08/22/2025 | $225.00 | | 09/22/2025 | $225.00 | |
| 10/22/2025 | $225.00 | | 11/24/2025 | $225.00 | |
| 12/22/2025 | $225.00 | | | | |

**Total Receipts: $6,437.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $6,437.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AIDVANTAGE | | | | | | |
| | 11/17/2025 | $22.55 | 953,157 | 12/15/2025 | $71.89 | 954,565 |
| | 01/12/2026 | $71.88 | 955,985 | | | |
| FLAGSTAR BANK | | | | | | |
| | 12/16/2024 | $115.73 | 937,812 | 01/13/2025 | $211.50 | 939,256 |
| | 02/10/2025 | $211.50 | 940,597 | 03/17/2025 | $211.50 | 942,003 |
| | 04/14/2025 | $211.50 | 943,452 | 05/06/2025 | ($211.50) | 943,452 |

**Chapter 13 Case # 23-15875**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK NA | | | | | | |
| | 11/17/2025 | $30.88 | 952,834 | 12/15/2025 | $98.44 | 954,236 |
| | 01/12/2026 | $98.44 | 955,676 | | | |
| LVNV FUNDING LLC | | | | | | |
| | 01/12/2026 | $8.03 | 956,310 | | | |
| M & T BANK | | | | | | |
| | 05/12/2025 | $423.00 | 945,020 | 06/16/2025 | $213.75 | 946,433 |
| | 07/14/2025 | $213.75 | 947,890 | 08/18/2025 | $213.75 | 949,246 |
| | 09/16/2025 | $213.75 | 950,588 | 10/20/2025 | $213.75 | 952,044 |
| | 11/17/2025 | $145.15 | 953,497 | | | |
| NJ AMBULATORY ASESTHESIA ASSOC. | | | | | | |
| | 11/17/2025 | $7.68 | 953,586 | 12/15/2025 | $24.48 | 954,993 |
| | 01/12/2026 | $24.48 | 956,406 | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 12/15/2025 | $6.72 | 8,004,864 | 12/15/2025 | $8.59 | 8,004,864 |
| | 01/12/2026 | $6.54 | 8,004,905 | 01/12/2026 | $5.13 | 8,004,905 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 410.52 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,150.00 | 100.00% | 3,150.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | CAPITAL ONE, NA | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | JPMORGAN CHASE BANK NA | UNSECURED | 11,013.88 | * | 227.76 | |
| 0004 | CITI CARD/BEST BUY | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | DR. DARIO J. CUNICO, DDS | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | M & T BANK | (NEW) Prepetition A | 2,387.13 | 100.00% | 2,387.13 | |
| 0008 | NJ AMBULATORY ASESTHESIA ASSOC. | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | OKLAHOMA STUDENT LOAN AUTHORITY | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 732.03 | * | 15.13 | |
| 0013 | NJ AMBULATORY ASESTHESIA ASSOC. | UNSECURED | 2,738.87 | * | 56.64 | |
| 0014 | OKLAHOMA STUDENT LOAN AUTHORITY | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | OVERLOOK HOSPITAL | UNSECURED | 175.00 | * | 0.00 | |
| 0016 | LVNV FUNDING LLC | UNSECURED | 388.22 | * | 8.03 | |
| 0017 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 573.06 | * | 11.85 | |
| 0018 | AIDVANTAGE | UNSECURED | 8,042.67 | * | 166.32 | |

**Total Paid: $6,433.38**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $6,437.00 - Paid to Claims: $2,872.86 - Admin Costs Paid: $3,560.52 = Funds on Hand: $3.62

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.